UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | DOCKET NO. 3:20-CR-45(CAR) |
| ROSA LOPEZ CHAVEZ, : | |
| : | |
| Defendant. : | |
| : | |

### ORDER TO DISMISS INDICTMENT AS TO ROSA LOPEZ CHAVEZ

Before the Court is the Government's Motion to Dismiss the Indictment as to Defendant Rosa Lopez Chavez. The Government has indicated that the Defendant has completed a Pre-Trial Diversion Program.

The Court, having reviewed the motion, finds good cause exists to grant the Government's motion to dismiss. Accordingly, pursuant to Rule 48(a), the charge against Defendant Rosa Lopez Chavez is DISMISSED.

**SO ORDERED**, this 24th day of May, 2022.

s/C. Ashley Royal
C. ASHLEY ROYAL
SENIOR UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF GEORGIA